DECEMBER 16, 1803.

# James Roberts *v.* Solomon Hoggins.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Franklin county.*

A note to be due at six months from date contains the clause: "*If not punctually paid, interest from the date*"—Held: That interest from date as a penalty for non-payment at maturity was illegal, and could not be enforced.

It appears that this judgment was founded on a note of hand in the usual form, dated October 9, 1797, and payable on or before the first day of March, 1798, with this addition—"If not punctually paid, interest from the date;" and that on a general confession, the judgment complained of was rendered for the debt and interest from the date of the note. It is conceived that the confession did not extend further than the legal demand, and from every prece-

dent which can be discovered, interest from the date on failure of punctual payment, must be considered as an illegal penalty. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, and that the suit be remanded to the Franklin circuit court, that the court may enter up judgment conformably to the foregoing opinion, which is ordered to be certified to the said court.